# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ISIAH LANG

NO. 2026 KW 0484

**JUNE 29, 2026**

---

In Re:  Isiah Lang, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-02369.

---

**BEFORE:  McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's application for postconviction relief, filed on November 14, 2025.

PMc
TPS
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT